**No. 10-9231. Norman Cadmus, Petitioner v. David A. Varano, Superintendent, State Correctional Institution at Coal Township.**

563 U.S. 925, 131 S. Ct. 1830, 179 L. Ed. 2d 786, 2011 U.S. LEXIS 2764.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-9237. Fidencio Verdin-Garcia, Petitioner v. United States.**

563 U.S. 925, 131 S. Ct. 1830, 179 L. Ed. 2d 786, 2011 U.S. LEXIS 2663.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 397 Fed. Appx. 503.

**No. 10-9238. Juan Villanueva-Ochoa, Petitioner v. United States.**

563 U.S. 925, 131 S. Ct. 1830, 179 L. Ed. 2d 786, 2011 U.S. LEXIS 2717.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 408 Fed. Appx. 263.

**No. 10-9239. Melvin M. Taylor, Petitioner v. United States.**

563 U.S. 925, 131 S. Ct. 1830, 179 L. Ed. 2d 786, 2011 U.S. LEXIS 2662.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 624 F.3d 626.

**No. 10-9240. Jason Alan Ybarra, Petitioner v. United States.**

563 U.S. 925, 131 S. Ct. 1831, 179 L. Ed. 2d 786, 2011 U.S. LEXIS 2654.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 397 Fed. Appx. 936.

**No. 10-9243. Tailey S. Zeyon, Petitioner v. David W. Pitkins, Superintendent, State Correctional Institution at Laurel Highlands.**

563 U.S. 925, 131 S. Ct. 1831, 179 L. Ed. 2d 786, 2011 U.S. LEXIS 2745.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-9246. Jaime Noel Ayala Arriaza, Petitioner v. United States.**

563 U.S. 925, 131 S. Ct. 1831, 179 L. Ed. 2d 786, 2011 U.S. LEXIS 2783.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 401 Fed. Appx. 810.

**No. 10-9248. Pedro Perez-Cruz, Petitioner v. United States.**

563 U.S. 925, 131 S. Ct. 1831, 179 L. Ed. 2d 786, 2011 U.S. LEXIS 2738.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 404 Fed. Appx. 255.